1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10

ELLIE ALLEN,                                    )
                                                )      Case No. 2:14-cv-01676-APG-CWH
                  Plaintiff,                     )

11

                                                )      **<u>ORDER</u>**

12

vs.                                             )
                                                )

13

MORPHEUS INVESTMENTS, INC.,                     )
                                                )

14

                  Defendant.                    )
_____             )

15      This matter is before the Court on Plaintiff's counsel's Motion to Withdraw as Attorney (doc.

16   # 18), filed November 20, 2015.

17      In the instant motion, Plaintiff's counsel requests leave to withdraw as counsel of record for

18   Plaintiff Ellie Allen. The motion indicates that there has been a breakdown in communication between

19   counsel and Plaintiff, which prevents counsel from effectively representing Plaintiff in this matter.

20   Pursuant to Local Rule IA 10-6, "[n]o attorney may withdraw after appearing in a case except by leave

21   of Court after notice has been served on the affected client and opposing counsel." The motion

22   indicates that notice was served on the affected parties, including opposing counsel. Further,

23   Plaintiff's counsel has established good cause for the withdrawal.

24      Based on the foregoing and good cause appearing therefore,

25      **IT IS HEREBY ORDERED** that Plaintiff's counsel's Motion to Withdraw as Attorney (doc.

26   # 18) is **granted**.

27      **IT IS FURTHER ORDERED** that Plaintiff Ellie Allen shall have until **Friday, December 11,**

28   **2015**, to advise the Court if she intends to proceed <u>pro se</u> in this action.

**IT IS FURTHER ORDERED** that withdrawing counsel shall serve a copy of this order on Plaintiff and file proof of service by **Friday, December 4, 2015**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall add the last known address of Plaintiff to the civil docket:

Ellie Allen
155 South, 100 East
Logan, UT 84321

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this order to Plaintiff at the last known address listed above.

DATED: November 23, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**

2